# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 12-20788
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

January 2, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

SOUL MARTINES CRUS, also known as Saul Ruis, also known as Saul Cruz
Martinez, also known as Saul Omar Martinez,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:12-CR-383-1

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Soul Martines Crus has moved for
leave to withdraw and has filed briefs in accordance with *Anders v. California*,
386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).
Martines Crus has not filed a response. We have reviewed counsel's briefs and
the relevant parts of the record reflected therein. We concur with counsel's

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 12-20788

assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw pursuant to *Anders* is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Counsel's motion to withdraw based on the closing of her law practice is DENIED as unnecessary.